#### IN THE

# SUPREME COURT

#### OF THE

## STATE OF NEW YORK,

IN MAY TERM, 1824, IN THE FORTY-EIGHTH YEAR OF OUR INDEPENDENCE.

---

THE OVERSEERS OF THE POOR of the town of BROOKHA-
VEN *against* the OVERSEES OF THE POOR of the town of
SOUTHOLD.

THE people, &c., to J. S., N. P., and J. P. O., Esquires, three of the Judges in the Court of Common Pleas, and Justices of the Court of General Sessions of the Peace, in and for the county of Suffolk, Greeting : Whereas an appeal was lately brought and heard in our Court of General Sessions of the Peace, in and for the said county of Suffolk, held before you, from an order made by J. R. & B. W., Esqs., two of our Justices of the Peace in and for our said county, adjudging that the settlement of J. and P., his wife, and A. their daughter, was in the town of Southold, in the said county ; and directing their removal from the town of Broekhaven, in the said county, to the said town of S., in which said appeal the Overseers of the Poor of the said town of S. were appellants, and the Overseers of the Poor of the said town of B. were respondents; and such proceedings have been had, in the said appeal, that a judgment or order has been pronounced and given in our said Court before

*Certiorari to general sessions to remove proceedings, with evidence and points decided, and the judgment.*

*Sessions must comply with such a writ, and return the evidence, &c., tho' they may not have stated a case.*

*If they refuse, this court will compel them to do this by rule.*

NEW YORK, you, against the said respondents; and we being willing
May, 1824. for certain reasons, that the record of the said proceedings
Overseers of and judgment should be certified by you to our Supreme
Brookhaven Court of Judicature, do therefore command you, that you
v.
Overseers of send, under your respective seals the record of the said pro-
Southold. ceedings and judgment or order, with the process, pleadings,
evidence, objections made thereto on the hearing of the
said appeal, and other things touching the same, to our Jus-
tices, &c., at, &c., on, &c., in as full and ample a manner
as the same remain before you, together with this writ, that
we may further cause to be done herein what of right ought
to be done.    Witness, &c.

                                    *Farlie, &c.,* Cl'ks.
        *S. B. Strong,* Attorney.

This writ was allowed by Mr. Recorder Riker, on an af-
fidavit of Mr. Strong, counsel for the respondents in the
Court of Sessions, detailing the commencement of the cause
there, the evidence, points made, and the decisions thereon,
with the order of the Sessions quashing the order of removal;
and the Court below made a full return, embracing the par-
ticulars to which the affidavit related.  The affidavit did
not show that the Sessions had stated a special case, and for
this cause,

*D. Robert* now moved to quash the certiorari and return.
He said the practice of submitting to this Court questions of
law, arising upon evidence given at the Sessions, depended
on their stating a case voluntarily ; but this Court will not
compel them to do it.   The Sessions are an inferior jurisdic-
tion, proceeding summarily, as to which the general rule is
that they are not bound to send up any matter upon certio-
rari, except their process and record of judgment.   Such is
the rule in England as to the Quarter Sessions;  and the
statute, (1 R. L. 285, s. 18,) requiring the Court of Sessions
in the city of New York to state a case, upon certiorari,
strongly implies that no other Court of Sessions is bound to do
this.
    To show when certiorari lies, and its nature and object, he
cited 1 Ld. Raym. 469, 580 ; 1 Salk. 144 ; 2 Burr. 1042.

And to show when the proceedings of summary jurisdictions may be reviewed on the merits, he cited Burr. Sett. Cas. 64, 77, 278, 454; 3 John. Rep. 23.; 1 T. R. 755; 2 Burr. 1040.

NEW YORK,
May, 1824.

Green
v.
Beekman.

But *the Court*, without hearing Mr. *S. B. Strong*, who was to have argued against the motion, said that the constant practice of this Court is, to require the Sessions to state the evidence and points of law in their return. And though this is denied in England, and rests upon the will of the Court below, as Mr. Robert had insisted ; yet, in this state, if the Sessions should refuse to make such a return, this Court would compel them to do it, by a rule.(*a*)

Motion denied with costs.

SAVAGE, Ch. J. was absent.

(*a*) Mr. Strong informed me that he relied for his practice, in this case, entirely on what the Court say in *Sweet* v. *The Overseers of the Poor of the town of Clinton*, (3 John. Rep. 23, 26.)